JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JACK W. DUNIGAN, | No. ED CV 04-00498-CAS (VBK) |
|     Petitioner, | JUDGMENT |
|     v. | |
| M. YARBOROUGH, | |
|     Respondent. | |

Pursuant to the Order Accepting and Adopting the Final Revised Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 9/8/10

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE